**WECHSLER & COHEN, LLP**
Attorneys At Law
17 State Street - 7th Floor
New York, New York 10004
Telephone: (212) 847-7900
Telecopier: (212) 847-7955

DEBORA A. PITMAN
DIRECT DIAL: (212) 847-7907
E-MAIL: dpitman@wechco.com

MAR 0 8 2019

March 7, 2019

*Via ECF*

Honorable Alison J. Nathan
United States District Judge
United States District Courthouse
Southern District of New York
40 Foley Square, Room 906
New York, New York 10007

    Re: *Peters v. Metro-North v. SLG Graybar Mesne Lease, LLC et al.*
      *Docket No.: 1:18-cv-3053 (AJN)*
      <u>*Request That Stipulation Of Voluntary Dismissal Be "So*</u>
      <u>*Ordered"*</u>

Dear Judge Nathan:

  We represent third-party defendants SLG Graybar Mesne Lease, LLC, SL Green Operating Partnership, LP, and SL Green Realty Corp. and write with the knowledge, consent, and approval of plaintiff, Giselle Peters, and defendant/third-party plaintiff, Metro-North Railroad Company. The parties have settled all issues and, pursuant to Rule 5.A of this Court's Individual Practices in Civil Cases, respectfully request Your Honor to "So Order" the attached Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)1(A)(ii).

              Respectfully submitted,

              Debora A. Pitman

cc: George J. Cahill, Jr.   (*Via ECF*)
   Alan Muraidekh, Esq.   (*Via ECF*)
   Mitchell S. Cohen, Esq.  (*Via ECF*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GISELLE PETERS,                                                 Case No. 1:18-cv-03053 (AJN)

                Plaintiff,

     - against -
                                                  STIPULATION AND ORDER
METRO-NORTH RAILROAD COMPANY,

                Defendant.
-------------------------------------------------------------X
METRO-NORTH RAILROAD COMPANY,

                Third-Party Plaintiff,

     - against –

SLG GRAYBAR MESNE LEASE LLC, SL GREEN
OPERATING PARTNERSHIP, LP and SL GREEN
REALTY CORP. d/b/a SLG ENTITIES

                Third-Party Defendants.
-------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

     IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above captioned action and the third-party action are voluntarily dismissed, with prejudice, against the defendant Metro-North Railroad Company, and against the third-party defendants SLG Graybar Mesne Lease LLC, SL Green Operating Partnership, LP, and SL Green Realty Corp. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 6, 2019

PLAINTIFF, GISELLE PETERS,

By: _____
    George J. Cahill, Esq.
    Cahill & Perry, P.C.
    43 Trumbull Street
    New Haven, Connecticut 06510
    (203) 777-1000

DEFENDANT/THIRD-PARTY PLAINTIFF
METRO-NORTH RAILROAD COMPANY

By: _____
    Alan Muraidekh, Esq.
    Metro-North Railroad Company
    420 Lexington Ave, 11th Floor
    New York, New York 10170
    (212) 340-2203

Peters v. Metro North v. SL Green
Docket No. 1:18-cv-03053(AJN)
Stipulation of Dismissal page 2 of 2

THIRD-PARTY DEFENDANTS
SLG GRAYBAR MESNE LEASE LLC.
SL GREEN OPERATING PARTNERSHIP, LP
and SL GREEN REALTY CORP.

By: _Debora A. Pitman_
Debora A. Pitman, Esq.
Wechsler & Cohen, LLP
17 State Street, 7th Floor
New York, New York 10004
(212) 847-7907

So Ordered    3/7/19

U.S.D.J. Alison J. Nathan
Southern District of New York